UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PIPEFITTERS LOCAL NO. 636
PENSION FUND, et al.,

        Plaintiffs,

Case No. 05-CV-74326

vs.

HON. GEORGE CARAM STEEH

MERCER HUMAN RESOURCE
CONSULTING, INC. and
TOWERS, PERRIN, FORSTER
& CROSBY, INC.,

        Defendants.
_____/

ORDER DENYING PLAINTIFFS' OBJECTIONS TO
MAGISTRATE'S ORDER GRANTING IN PART PLAINTIFFS' MOTION
FOR PROTECTIVE ORDER ON RULE 30(b)(6) DEPOSITION [DOC. 53]

      This case comes before the Court on plaintiffs' objections to the order granting in part plaintiffs' motion for protective order on Rule 30(b)(6) deposition entered by Magistrate Morgan on June 11, 2007. Defendant seeks to learn the basis of allegations made in plaintiffs' complaint, particularly various aspects of the professional negligence of the defendants known to the Fund before the complaint was filed. The Magistrate found that defendants have a right to inquire about these issues by way of a Rule 30(b)(6) deposition of somebody designated by plaintiffs who can speak on behalf of the organization. By ordering that the deposition can only take place after the August 15 expert report deadline, the Magistrate eliminated plaintiffs' concern that they would otherwise have to provide expert discovery prematurely.

Magistrate Morgan's order is not clearly erroneous or contrary to law and is therefore affirmed. Plaintiffs' objections to the protective order are DENIED.

It is so ordered.

Dated: July 19, 2007

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on July 19, 2007, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk