UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PIPEFITTERS LOCAL NO. 636
PENSION FUND, et al.,

        Plaintiffs,

vs.

TOWERS, PERRIN, FORSTER
& CROSBY, INC.,

        Defendant.
_____/

Case No. 05-CV-74326

HON. GEORGE CARAM STEEH

ORDER DENYING PLAINTIFFS' OBJECTIONS TO ORDER DENYING
PLAINTIFFS' MOTION FOR PROTECTIVE ORDER AND SANCTIONS [DOC. 93]

      This case comes before the Court on plaintiffs' objections to the Magistrate Judge's order dated September 21, 2007 denying plaintiffs' motion for protective order and sanctions. The subject of the motion for protective order and sanctions was a line of questioning by defendant's counsel regarding plaintiffs' knowledge of the fee agreement and fees awarded to their counsel in an unrelated action by different plaintiffs (represented by same counsel) against another actuary (the "Ironworkers' complaint"). The Magistrate indicated that the questions posed by defendant was not a subject of inquiry she was willing to permit "at least at this time," and she was given assurances by defendant's counsel that she would not seek further discovery into the fee agreement between plaintiffs and their counsel. The Magistrate Judge denied the motion without prejudice. This ruling was within the sound discretion of the Magistrate Judge and was not clearly erroneous or contrary to law, so plaintiffs' objections are DENIED.

It is so ordered.


Dated: December 13, 2007

            S/George Caram Steeh
            GEORGE CARAM STEEH
            UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on December 13, 2007, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk