UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PIPEFITTERS LOCAL NO. 636
PENSION FUND, et al.,

                    Plaintiffs,

                                        Case No. 05-CV-74326

vs.

                                        HON. GEORGE CARAM STEEH

TOWERS, PERRIN, FORSTER
& CROSBY, INC.,

                    Defendant.
_____/

ORDER DENYING PLAINTIFFS' MOTION
TO STAY ENFORCEMENT OF ORDER [DOC. 137]


       On January 29, 2008 plaintiffs filed a petition for writ of mandamus with the

United States Court of Appeals for the Sixth Circuit.  The purpose of the writ is to seek

immediate appellate review of this Court's order denying plaintiffs' objections to the

magistrate judge's order denying plaintiffs' amended motion to quash deposition of

Anthony Asher.  Plaintiffs now seek a stay of enforcement of this Court's order while

plaintiffs exhaust their efforts to obtain appellate remedies.  Plaintiffs' request is denied

for the same reasons that the Court denied their objections and their request to certify

the issue for appeal.  Now, therefore,

       IT IS HEREBY ORDERED that plaintiffs' motion to stay enforcement is DENIED.


Dated:  February 6, 2008

                              S/George Caram Steeh_____
                              GEORGE CARAM STEEH
                              UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
February 6, 2008, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk